UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LAW OFFICES OF ALAN L. ZEGAS**
552 Main Street
Chatham, New Jersey 07928
(973) 701-7080
Attorneys for Defendant,
Chikezie Onyenso

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No.: 12-602 (CCC) |
| Plaintiff, | |
| vs. | **CONSENT ORDER EXTENDING TIME FOR DEFENDANT CHIKEZIE ONYENSO TO FILE PRETRIAL MOTIONS** |
| **CHIKEZIE ONYENSO,** | |
| Defendant. | |

THIS MATTER having been opened to the Court by way of application of defendant, Chikezie Onyenso, through his attorneys, the Law Offices of Alan L. Zegas, for an order extending the time to file pretrial motions until December 6, 2012, and the United States, through its attorney, Scott B. McBride, Assistant United States Attorney, has consented to the extension, and for good cause shown,

IT IS on this ___4th___ day of ___November___ 2012,

ORDERED that defendant's pretrial motions shall be due on December 6, 2012.


_____
Hon. Claire C. Cecchi
United States Magistrate Judge

Form and entry consented to by the undersigned

**UNITED STATES ATTORNEY'S OFFICE**

Scott B. McBride
Assistant United States Attorney


**LAW OFFICES OF ALAN L. ZEGAS**

Alan L. Zegas